**Exhibit A to the Complaint**

**Location:** Centreville, VA  
**Total Works Infringed:** 90  

**IP Address:** 72.83.155.92  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: F54D83B07A67B42DD126288CCD96E26BD4E25316<br>File Hash: 1012A4034610D20C3D0A0A716FCF4FB6F493934658BAA3A9311C1E467DBDE5F8 | 09/21/2020 10:07:22 | Tushy | 09/20/2020 | 09/29/2020 | PA0002258683 |
| 2 | Info Hash: 3191681C58BD7644E78F6498C50CEE6B723C5171<br>File Hash: 7273028B35C11CBC3E3D63D233DBC281A469C7D11FDC41F8B4EA97149838ECD5 | 09/15/2020 09:59:59 | Tushy | 09/14/2020 | 09/29/2020 | PA0002258682 |
| 3 | Info Hash: 6CA0412F00E59D795DC36C34E223AAE9998B767C<br>File Hash: F013EC723880DE1A6356F37ED370FC8B8C933ADC1637E79614FDA0DD290944C7 | 09/12/2020 17:53:56 | Tushy | 07/15/2018 | 08/07/2018 | PA0002132406 |
| 4 | Info Hash: DFCCBFB7EED852E6617D609C4731A1744A9862A9<br>File Hash: 092CF263917C04D7FE0B38B7AF9511C6C78FE4544DCFE9E1BFCEF14EC78E29A9 | 09/12/2020 16:42:21 | Tushy | 05/16/2018 | 06/19/2018 | PA0002126446 |
| 5 | Info Hash: 1C2C06D480942F4FE7FDCED4759E93805E02B54B<br>File Hash: 94BC36A860D03E86D53B84618FAA79D89D79F9ADD798283A4683C25252B3B6B4 | 09/03/2020 22:26:09 | Tushy | 05/21/2017 | 06/22/2017 | PA0002039282 |
| 6 | Info Hash: DCAE89B587A018E667287D4F43426A43B69715C4<br>File Hash: D391449FFE24D68C83E9F5537F803A391EE0CC732F7E338EFC1AF46B53C60EFD | 09/01/2020 11:07:27 | Tushy | 01/16/2019 | 02/22/2019 | PA0002155133 |
| 7 | Info Hash: 23648BD528749746833C92AC6B9DE5F1D67F2BD5<br>File Hash: 91ACB224E8B4E55F5418F710D0BF9F358F63FA477BFE2D0254B85A7FFB865DA3 | 08/31/2020 11:33:12 | Tushy | 08/30/2020 | 09/05/2020 | PA0002255477 |
| 8 | Info Hash: ACC9DC52EE520782E8D1E1692200BBCC6E2104AF<br>File Hash: AEA1375F4622204ADC2D586829AA73E726192A8DA6FBD7628520A35D818638B3 | 08/24/2020 11:18:36 | Tushy | 08/23/2020 | 09/05/2020 | PA0002255481 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 333EF607453E84D6528AC24F90BAF0FAD4A1117A<br>File Hash: 8D68759EBB0D26D114D773A87E8A1E37F1FD3735B98773BB38286C4C8F1F36F1 | 08/17/2020 13:38:24 | Tushy | 03/27/2019 | 04/29/2019 | PA0002169944 |
| 10 | Info Hash: 8C0450560F9B89D6FC85B8D65FC2A45F85BEB391<br>File Hash: D51FF4DFDC04263DDA8DDDF1C9E02997D3C0193D83460492DD9D0589FEE5B727 | 08/17/2020 13:24:26 | Tushy | 08/16/2020 | 08/18/2020 | PA0002253098 |
| 11 | Info Hash: 0C38052DA135D91590C9D84E79AC21628D9E9BB6<br>File Hash: ECAD33CF56FD7D92600D3CFDC62C7BAD8785454E8944113E2C5D123E526BEBE1 | 07/24/2020 13:30:35 | Tushy | 09/23/2017 | 10/09/2017 | PA0002086134 |
| 12 | Info Hash: D4BB512F8C0AE6A2925772036D1AD41CDC088861<br>File Hash: 27843D27F39A962E663A89A982202CEAA6BDF03320DCF9B043676AD2E93B3FC1 | 07/20/2020 18:11:38 | Vixen | 10/01/2018 | 11/01/2018 | PA0002143421 |
| 13 | Info Hash: 88CC37185550B7F47C66918862B844C8056F3C00<br>File Hash: C7DF534FBC22D1F8A3CBE7302B12921ADACF4D8678BB7F6F31860378AD44BB4A | 07/20/2020 18:09:17 | Tushy | 07/05/2018 | 08/07/2018 | PA0002132399 |
| 14 | Info Hash: F251B140B55C8D7FDAE6896DA9ECCE126D7D463B<br>File Hash: 9D370FFB1574B196DBBBE6C528FE01E285CC39D95318B71218BDDBC88C0C04AC | 07/20/2020 15:03:47 | Tushy | 07/19/2020 | 08/03/2020 | PA0002259103 |
| 15 | Info Hash: B010B76E07A12376DD21900DD7206BFF8A020A90<br>File Hash: 0F5623891AEDACA4C7589E648597516FDEC26E596D01F8D3DF9B86E3AA19BFD0 | 07/12/2020 19:51:52 | Tushy | 10/03/2018 | 11/01/2018 | PA0002143432 |
| 16 | Info Hash: 01FFE2069B4726F71FBECB4D7DB2047ED047459E<br>File Hash: DE2431F8B774A7DC332E16466DBCF7B8F8B22B79FCE81BB615C78B82C619256D | 07/12/2020 19:32:38 | Tushy | 03/16/2020 | 04/15/2020 | PA0002244959 |
| 17 | Info Hash: A2C54C361EF06C71D5B33EC5C2E9F94EEC6635D7<br>File Hash: 629E1BD5E95DE35B59683F21683F40CC5FF694C7DBA1A91677D4EEEAF1CCA319 | 07/12/2020 18:49:43 | Tushy | 07/12/2020 | 07/20/2020 | PA0002248965 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 7C8758690E3BB2F2D03A741B58A27C525B8699BA<br>File Hash: 151534E5F55D5BF44399297CB4C8134F890740DD54D3AACD279DF4EE37FE54C0 | 07/09/2020 16:11:37 | Tushy | 02/20/2019 | 04/29/2019 | PA0002170363 |
| 19 | Info Hash: 16BE9C2A0836D8C3DA7C84CD3ED4B4E614605590<br>File Hash: 8DC9BE53AC63119E0FCB977C5E88577399C51320275A44A1900D5FDA9D24637A | 07/09/2020 14:52:45 | Tushy | 09/08/2019 | 10/01/2019 | PA0002217338 |
| 20 | Info Hash: AC0D6DB5C1BFA1C878C0CB39E540711FD9D0329B<br>File Hash: 7FBF72A8572F656BD3105990E36D3952FEA247E0D5743D1213B53B9186420259 | 07/09/2020 14:50:30 | Tushy | 11/17/2019 | 11/27/2019 | PA0002213996 |
| 21 | Info Hash: 829EB85C3BB6F11D9B51EC365B40F9D6F12530A5<br>File Hash: 5813DE9CDFDD4AE0B45CAD7706F40394759E40F3F86F826D3A2F694B37AC368E | 07/06/2020 12:21:46 | Tushy | 07/05/2020 | 07/20/2020 | PA0002248967 |
| 22 | Info Hash: 605A04B55BFC76DB4D985D40377CA0438DFAF454<br>File Hash: 28519B99CB935CEC76E95935A205932869D0C654E21834518C9578015E3E451B | 06/29/2020 11:46:04 | Tushy | 06/28/2020 | 07/17/2020 | PA0002248597 |
| 23 | Info Hash: 061839DA517C8121C784459FF2EA40CF0AD2A220<br>File Hash: 61CB5398707C5F147735BABB62D2AC9CAED619A0BB55F16E87EB153982515385 | 06/28/2020 18:04:00 | Tushy | 05/31/2017 | 06/22/2017 | PA0002039299 |
| 24 | Info Hash: B30A24C236439A9B2C65C9234830190BD3026085<br>File Hash: E190CFF045FD226A2DC42A0014C64775CD37FE54BE08F0806F0D3BDE27234259 | 06/28/2020 15:23:59 | Tushy | 10/23/2017 | 12/04/2017 | PA0002098018 |
| 25 | Info Hash: 7D60A817AEA773BA1EA6BCDAA8EADAB470D7FDC9<br>File Hash: EC337B708B8958B11DD4B90477390375385840357BD5134283D8C72895CFB77C | 06/27/2020 20:48:06 | Tushy | 12/02/2018 | 12/18/2018 | PA0002141917 |
| 26 | Info Hash: 44F6C759F4752247486CF56C77F44FEA0E1065F2<br>File Hash: B5F3A600958B723AD756C1824A61F32D79C2951D7DE7885026524896D4719DE7 | 06/27/2020 19:29:04 | Tushy | 11/17/2017 | 01/04/2018 | PA0002069336 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 35716DE321621E8E0C6E0CCBBDAE0F46628F447A<br>File Hash: A2532A60F98F1150D7CA2A1B34F5C29647CC1B1CDDA893DE0EAD967140B49AC8 | 06/22/2020 20:15:37 | Tushy | 02/05/2018 | 02/20/2018 | PA0002104194 |
| 28 | Info Hash: A7D8E54FCF615F5675572AF2E5F6B353CC2DE331<br>File Hash: 1B53DA54064E27E6B623DEE8F28A607A3D9F71DC4857C0BA9AC56DAA6D6FA10C | 06/22/2020 14:03:49 | Tushy | 08/24/2018 | 11/01/2018 | PA0002143429 |
| 29 | Info Hash: BA30B53822ED234D66D8970D2A9644206D2575B6<br>File Hash: A08512E14D1F5C943AC430F8904BF348C18A546FBC52FE1B6A36D22A6D04A3D8 | 06/22/2020 13:42:30 | Tushy | 06/21/2020 | 08/03/2020 | PA0002259102 |
| 30 | Info Hash: 7054652C3A1756B1D4B48572E12896AEA1D14296<br>File Hash: A4C245DA7141B84750664EA8097CD2E42D79470052B632D1907A68EA4251B0DE | 06/15/2020 11:51:07 | Tushy | 06/14/2020 | 06/25/2020 | PA0002255507 |
| 31 | Info Hash: 57486A4EDC4CD3291B78225FD65401AF15D5AD8A<br>File Hash: E64B4FF9B92806F61563E1BA7DA3EC247E543E4873D1BE0BF67780682F1050A1 | 06/11/2020 14:21:58 | Tushy | 05/11/2019 | 07/05/2019 | PA0002206404 |
| 32 | Info Hash: D9A9D5AE776DD9937796A8AE0509496FAF90C5B2<br>File Hash: 624203A81151B7BCA9A9E927702FE4935009D8514AA367BEC94CECCDEE4B3A6F | 06/05/2020 23:37:40 | Tushy | 04/11/2017 | 06/15/2017 | PA0002037579 |
| 33 | Info Hash: FF487258F6D9E2E846445A223A569DF217B200E8<br>File Hash: B16CC40704C8777313159AF09453C1228654A5E6AAEE05E06CA2EE871A8BB6C2 | 06/05/2020 22:57:44 | Tushy | 04/01/2018 | 04/17/2018 | PA0002116061 |
| 34 | Info Hash: CA9C1A77C9BAC47BC3A59D3009DCAF3A444BBA43<br>File Hash: 101196CEF4412C52542EF3A9464D56F0668DBA06995B0F1785FE72F746EB491A | 06/05/2020 22:16:55 | Tushy | 11/27/2017 | 01/04/2018 | PA0002069335 |
| 35 | Info Hash: D0AC3825092D50C41C9ED0FF1CC8EA152F77940A<br>File Hash: F43F22BC4349D324031559723390BB8B109BF8AC075D6BE629061AEF157225A1 | 06/01/2020 16:13:10 | Tushy | 05/31/2020 | 06/16/2020 | PA0002253261 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: E6625DF99CECDF61693A0868E1C46BB8E79F1D21<br>File Hash: 1F2678AC48359ED83589EBDBC1A766F6F07BACFA6031155CB89905CB3365208A | 05/25/2020 06:43:22 | Tushy | 05/24/2020 | 06/16/2020 | PA0002253262 |
| 37 | Info Hash: 05D9E9EB431AEF78D0BD2E16B66F558D4839A3BC<br>File Hash: 8077C3FBC1D2DF2C1B18C89D56CA471A09DAB8C87CF5E5C9BA33BE5BD9128134 | 05/23/2020 22:51:32 | Tushy | 08/09/2017 | 08/17/2017 | PA0002077673 |
| 38 | Info Hash: 5C208E2ABF6083135CA52776A02D87442F215D60<br>File Hash: B55B49F458A42B14292868F01D2EB5F08D082276EBFADCC3517A80CD6DC4BAD9 | 05/23/2020 08:31:03 | Tushy | 06/15/2017 | 07/07/2017 | PA0002070815 |
| 39 | Info Hash: C496C2BFE4C6D994F43DC665F2CBEE16FE85777A<br>File Hash: 73F59FF38726B559436596D8377F119B602127D85A580509637D4ECE2AC98D7D | 05/23/2020 08:27:39 | Tushy | 06/05/2017 | 07/07/2017 | PA0002074097 |
| 40 | Info Hash: 2F37046EC89B3AD7ED74C2940723618BFD1A4721<br>File Hash: C514F2BD32C577857F7DEA85236C8A90631675FE708B73405AB2480024C50E85 | 05/20/2020 15:28:55 | Tushy | 08/14/2017 | 08/17/2017 | PA0002048391 |
| 41 | Info Hash: EBC75FD3F24B24A008F1CB3134B8FD15ED6A438E<br>File Hash: 9B2C3C3132B53DDE3205357BEBA39BA6FDF0D86567A41AED57AA55EA36A3BF83 | 05/19/2020 18:04:47 | Tushy | 06/20/2017 | 07/07/2017 | PA0002070816 |
| 42 | Info Hash: 4F0D3D0FD3F88791F4933080453A052BE6924F22<br>File Hash: 90F0EDD56A0E25855AB1FFD9C94D59B4607F15898B502F5276EC1F80113D2FD3 | 05/18/2020 15:32:42 | Tushy | 10/08/2017 | 10/19/2017 | PA0002058298 |
| 43 | Info Hash: 27BBAF262726332D5B4FD0333A718D31D5C04034<br>File Hash: 507589BC6C76AF50D03823D36B88FC01B73B7A6FA81E95CA1B11E9C481126B4F | 05/17/2020 20:02:11 | Tushy | 05/17/2020 | 06/16/2020 | PA0002253264 |
| 44 | Info Hash: BB23DC3E3F41E06024BD34016ED05E4D25A7F0AA<br>File Hash: D7B1DFE14A95301D829FD5CBF99D29998ECBD57AB42E09DFFBE9C55F73A582DD | 05/04/2020 17:34:39 | Tushy | 05/03/2020 | 05/19/2020 | PA0002241474 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: F9B7C100F8637B81FEB3954D7A297496DC9E0EF6<br>File Hash: 0553FAF7A22454F2A2B424C17D1D8BB0C4735DD94BD03E6A1A96DD1B0431CA71 | 04/30/2020 16:05:28 | Tushy | 06/25/2019 | 08/27/2019 | PA0002213234 |
| 46 | Info Hash: D1FC96E10BA7748B5EB03C8BF0B6C39397B9979F<br>File Hash: 22110256934539DE9D00545585EBBC8F614D1F59D0DFA5EBCB44C1DF64C0A303 | 04/30/2020 15:39:23 | Tushy | 11/02/2017 | 12/05/2017 | PA0002098020 |
| 47 | Info Hash: 15C91360B96EC4FC534313AD0435C151DAE55696<br>File Hash: 7AD677D20438EED1DF05EACADDC3E5462A8B4B088A835F5F84BE54BE80DC88B7 | 04/30/2020 15:19:37 | Tushy | 08/19/2019 | 08/26/2019 | PA0002213301 |
| 48 | Info Hash: F0B209DFB13F6D5779C5D18C099E826BA8E6A219<br>File Hash: 921EDF25C5C68F8AD39BF87557D287B77193558D402DE0322FD94D4F3D5371E0 | 04/30/2020 02:27:36 | Tushy | 06/20/2019 | 08/27/2019 | PA0002213262 |
| 49 | Info Hash: CA0BEF3F878732A15ED3BF5FE35FF711ACC0DD2E<br>File Hash: 126B76AD22F64D2135938579BDBF376D4BAEA1B57AF180AA290DB76C63824CB9 | 04/26/2020 16:56:27 | Tushy | 12/20/2018 | 01/22/2019 | PA0002147682 |
| 50 | Info Hash: F37B51120B62C6E9E79197C956624D74A629DC76<br>File Hash: 21DF9D830D6DF57F6F93F1A4C96522FDF0DED8C19E2B9C5533EB1725E6B80E04 | 04/26/2020 16:12:48 | Tushy | 12/02/2019 | 12/17/2019 | PA0002217668 |
| 51 | Info Hash: 9D26ABBC31460C72C2A931FD255BB5411330C55D<br>File Hash: 20280C6A4598B5E2F65EA9DFE4340609E631F37758734C36AE65691C820999F6 | 04/23/2020 16:24:46 | Tushy | 04/19/2020 | 05/05/2020 | PA0002249081 |
| 52 | Info Hash: 9B0868ADF354DAA85E0ECB8C1DF783A6D1829660<br>File Hash: A054D0D2AA55E9326D3B0F091CE06AF5C4E95E0C686E69DEBD44C9F50FB47ACE | 04/21/2020 13:00:09 | Tushy | 08/09/2019 | 09/11/2019 | PA0002199987 |
| 53 | Info Hash: 915E67F728B3E924E28B40743321B2F1C9850FCE<br>File Hash: 7AEF308DB4A0E84D1537F4A6FC2924AF51BEF18725BA1E6BABD46CFA34C28050 | 04/21/2020 12:26:09 | Vixen | 03/04/2020 | 04/17/2020 | PA0002246168 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: A502765EE8927BE551DDB6D0A52CDB57F1048934<br>File Hash: 36E4BB9A35891935F9225C04376E5EB63F648997444FD278004D04A6708901C9 | 04/16/2020 12:39:18 | Vixen | 04/10/2020 | 05/05/2020 | PA0002249031 |
| 55 | Info Hash: 464AB452DA8258FA23BA74830F0D57EE7CA518C5<br>File Hash: 7C9AF909ACABBEBABEA527D0C54A208D5507D97A0B8A3CA1C576B5B2E470CCDF | 04/14/2020 00:26:32 | Tushy | 08/24/2017 | 09/15/2017 | PA0002052837 |
| 56 | Info Hash: AC385CDF0744BE2ED3C0FF8EC4A868666B5D201D<br>File Hash: E59F3A4767AE413ABF2654F673E413BC32F7923DDCABFE3241F7CD94B45CFA47 | 04/13/2020 02:32:03 | Tushy | 04/12/2020 | 04/22/2020 | PA0002237697 |
| 57 | Info Hash: 03C069E6AEB87AFBA7D5C238902F8B37E79B3A47<br>File Hash: D529C07D0BB9480ACA88916FA1E57CE98498A9620B6923EBD09F31BEF3E2ADB7 | 04/11/2020 22:04:41 | Tushy | 07/25/2019 | 08/22/2019 | PA0002195515 |
| 58 | Info Hash: 96C5FAB5B28BFD4CE4F2E8F1374B1E24026A6281<br>File Hash: 9392BF6B090A632B0F57B7C34D9888D977FCC600E85D9489370BE5E19E0BC416 | 04/11/2020 21:19:02 | Tushy | 11/12/2018 | 12/10/2018 | PA0002145826 |
| 59 | Info Hash: 4FF62836FC3C509617EE5DE7658EAABE045C0BA1<br>File Hash: B503C2DBE8975B42C6C5BD1586A5CB87A268DE515B3607996BB86FB7A7869D0C | 04/10/2020 21:40:14 | Tushy | 09/13/2017 | 10/10/2017 | PA0002086153 |
| 60 | Info Hash: EF30CEA47B180A82FCDB40E4429B9280786CBDCE<br>File Hash: 426620AFCFC38A261CA1DFE8A663B2FF4281F8ADD5FD327B441604CBFA634D7D | 04/10/2020 15:44:41 | Tushy | 06/10/2018 | 07/14/2018 | PA0002128387 |
| 61 | Info Hash: 2A960A6B8F66D6BB2EFFB0E3BE931CF9C97881E0<br>File Hash: D02DD6EACF4BA0ACC88140D66669A01EAF135E9345B813830B322FA4CAE2D1C0 | 04/10/2020 12:27:35 | Tushy | 01/06/2018 | 01/24/2018 | PA0002101756 |
| 62 | Info Hash: AB4B65F71419221DE70FCB74DAD797CB21429F3C<br>File Hash: 5C3E9D9640776F9015FAA4C3BAE04738AC158D6C3F389D00F116B215009FC300 | 04/10/2020 12:27:19 | Tushy | 08/24/2019 | 09/17/2019 | PA0002216213 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 63 | Info Hash: 47CE723D84C0A2028A53B98FE9431C963A280E54<br>File Hash: 3B4131F8980F5B1897C386893963773E40C3EEECE0EF9820C958D8248BE7E58C | 04/10/2020 12:19:25 | Tushy | 02/25/2018 | 03/01/2018 | PA0002079188 |
| 64 | Info Hash: FAB95948D114974766DDC47AA478DF62DAC33472<br>File Hash: 940EB6CC9D7791158BDF729313A2C0AC41D3282D86C6CB8E1EA173DD4CCECB44 | 04/10/2020 03:50:15 | Tushy | 03/02/2019 | 04/17/2019 | PA0002186902 |
| 65 | Info Hash: 7187921EA9FCD6A45613346F742B048B53088923<br>File Hash: A38570FA0B1ECFD592AFC77B4EF2BFBAE9B2D87E31DB74B2604DDFEC650BE5EF | 04/10/2020 02:19:20 | Tushy | 09/18/2018 | 10/16/2018 | PA0002127779 |
| 66 | Info Hash: 1018A676073B24EB9A7384E7BF56686079E27B27<br>File Hash: 14933E0910B60AF2E3929652EA75A2557D35397916823CC0D76B623CECFEAD2B | 04/07/2020 07:07:11 | Tushy | 07/20/2018 | 09/05/2018 | PA0002134598 |
| 67 | Info Hash: 7927D991B118B583CD71828F2F63A12B4635B5E7<br>File Hash: CAA25AAE87488D48B2B8333738DE97E8D7A15F9D5D305EBF031E8A89416C5E3C | 04/07/2020 07:04:03 | Tushy | 05/21/2018 | 07/14/2018 | PA0002131769 |
| 68 | Info Hash: 2792CFE99C40641407BFC00440005D0FBAC48D6F<br>File Hash: B2B70AF825DA3A42749A3F89B4FEB1063147F96E183103F31834AF78A4FC5780 | 04/04/2020 16:42:40 | Tushy | 07/25/2018 | 09/05/2018 | PA0002134601 |
| 69 | Info Hash: DC8EBE5A0710690ABCC9E2F8890B2DE95E767539<br>File Hash: 60EC07A4A9AA06DC825CFB212D29AB148410F5AFD43D4323AFA4DA67C9A70EEA | 04/04/2020 16:28:45 | Vixen | 04/03/2020 | 04/17/2020 | PA0002237302 |
| 70 | Info Hash: 3EA0CF9C87288AF48B11486B9BCB9919F16EA731<br>File Hash: D05F38277B77040CF93144BD68F937C4DD0178A11C2E7854351796603140D286 | 04/02/2020 21:31:42 | Tushy | 06/05/2019 | 07/17/2019 | PA0002188310 |
| 71 | Info Hash: F4C62F1FD6F96D354A206B3C071BC30B0FCF3492<br>File Hash: 6C13119810306D9687576AA11BBF42B39F59647A38D5BD760B9DBB22CBEB6013 | 03/31/2020 18:54:19 | Tushy | 05/16/2019 | 07/05/2019 | PA0002206381 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: B705494A12DFACBD15BC7C0D1130A409D4066B0A<br>File Hash: B4E0B5D9AAEC093E493F239356663256B651CAE002FD12F59DAF88E8D58445AB | 03/30/2020 19:37:24 | Tushy | 03/29/2020 | 04/15/2020 | PA0002244963 |
| 73 | Info Hash: 3899DF23466A4A4C58CA53479AE6CF8DD8BEF4C2<br>File Hash: 27EB9F0CE84240469771E7B1D03B2E0025BE0061FD48C7E72FB2CF2EAB309260 | 03/29/2020 03:35:21 | Tushy | 12/27/2017 | 01/23/2018 | PA0002101754 |
| 74 | Info Hash: 774A2CED1D4C60BC032A3D8767D4CB89D2EE3DB4<br>File Hash: 7B8624D944BEC47E9A8C32B8CB9AE8D1FBC0AF5A973F1969B4AA2275F1F454B8 | 03/29/2020 03:25:06 | Tushy | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 75 | Info Hash: B03CBD005EA3FE84F8826825AB54F8BB43D9DCAA<br>File Hash: A32388956F651267AF522E07EFE00B62EF01442B2652F8C5895F808AC7266FD3 | 03/29/2020 02:52:32 | Tushy | 01/11/2018 | 01/24/2018 | PA0002101766 |
| 76 | Info Hash: A5FA84BEBC5D2C5A5330581452C032D90577EDC1<br>File Hash: 488BA6C30F214B8E6938C262C946EE9F0840DCF3D1310AC2AC1FF641CE30BBC9 | 03/29/2020 01:25:20 | Tushy | 08/04/2017 | 08/17/2017 | PA0002077666 |
| 77 | Info Hash: A460BDA775DEF88F7E956E928A7FFEBFB1EB504A<br>File Hash: 35FE4D7B4F69D9A993A38DA2678D299612080B13C2B55B163FA7412E930178CF | 03/28/2020 23:59:08 | Tushy | 09/18/2017 | 10/09/2017 | PA0002086139 |
| 78 | Info Hash: 2EA0290F13E4A4197E055E913DFCD0B58D85DF2B<br>File Hash: EC41322CC151A4D99BAF9E2F119D58FD2C87A83823E3659EA8958A55159B0325 | 03/28/2020 23:51:53 | Tushy | 10/13/2018 | 11/01/2018 | PA0002143435 |
| 79 | Info Hash: 4C0A6860372B31EAD5CF0A781499B0EE7BDF31AD<br>File Hash: 88AEA3DB9489D065882DCC0A2D3B45A4C0155CF0F942F137A09E67A50BD370D1 | 03/28/2020 21:34:26 | Tushy | 01/21/2018 | 02/20/2018 | PA0002104191 |
| 80 | Info Hash: EDAA460FA5995B02EF111997AAC1E210CA5669F6<br>File Hash: 0829DF93B4275DBD9530B05670C1363A5DE11847C031BCDA13AC68A958BCA495 | 03/28/2020 20:49:35 | Tushy | 04/06/2017 | 06/05/2017 | PA0002050769 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 81 | Info Hash: D426A2D6E52831784821746CD52676CA758A10BA<br>File Hash: 671483BB1BB98D7AE718670EA8A4939F046D3C3E1AE7C4E00510DC2E374F7A36 | 03/28/2020 17:01:37 | Tushy | 12/07/2017 | 01/04/2018 | PA0002097494 |
| 82 | Info Hash: 8DD74BAC881068002B2476A3A64C93B76826A9B9<br>File Hash: CBB030CFFF1F93C7E11DA587E3133EF5B69FAE25307CB827D1D5A8FDBD82F1A1 | 03/28/2020 16:07:14 | Tushy | 12/02/2017 | 01/04/2018 | PA0002097497 |
| 83 | Info Hash: 22E756AB10195C299D4EF6CDE019BC534B8A8E62<br>File Hash: D8B6C71B397F72973249127DBAB9D350C40C2FE7C334C10F818AE8833AF48BA9 | 03/26/2020 07:54:33 | Tushy | 06/20/2018 | 08/07/2018 | PA0002132405 |
| 84 | Info Hash: 0D3828D1D8CA341965FE3F9022D9E1FAD543AE10<br>File Hash: 875835DA69D950C7ABBBFC7ACCF0038B3504F21CE48F5E3E6348210E79F70D0B | 03/26/2020 03:29:29 | Tushy | 03/22/2020 | 04/15/2020 | PA0002244961 |
| 85 | Info Hash: A91425617DC2F4DC5ABB082BC1182D5F7A163A9D<br>File Hash: ABA0424F65EC92EE16295DE76D13C431CC311A43A536275F5AA3B6C17087D90C | 03/21/2020 20:27:05 | Tushy | 02/15/2020 | 03/15/2020 | PA0002240542 |
| 86 | Info Hash: 7F46C7C6F93FA2CED81750D01A6A4484E5394598<br>File Hash: 1FF5F149747DCE4001F4C54DC671963EC6B743984EBE973D54AD2BCB7ADF2517 | 03/21/2020 19:17:57 | Vixen | 03/14/2020 | 04/17/2020 | PA0002246114 |
| 87 | Info Hash: E401EDC19B0CCB7625B52FEE8B163E03FFF0EF0E<br>File Hash: CFA72EA152DD827C145166E600349017CCEFD9C1FCDA3374115C2BCAD05C0681 | 03/08/2020 14:20:55 | Tushy | 11/22/2019 | 12/03/2019 | PA0002232052 |
| 88 | Info Hash: 10197B514E2153321EC2ADA7CD8BDEF9CF6B06D5<br>File Hash: 963012FFAB792ABC9ED23FEE944EB8F15CCAD02FA34A971420878705940B4D90 | 03/03/2020 22:36:00 | Tushy | 03/01/2020 | 04/15/2020 | PA0002244962 |
| 89 | Info Hash: A23EA7C4808F6B9E2CBC868294DFB3810BAD20C8<br>File Hash: B7B6807119A8D58A349F2F7B4474D896AADCD1E9E73FBF99C4EEA842BF1628B4 | 02/26/2020 22:00:36 | Tushy | 02/25/2020 | 04/15/2020 | PA0002245083 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 90 | Info Hash: 039BA5FE71C5977C9D7116F5969DDD54558EE778<br>File Hash: AB339829B42722F8A6C4A3ED8E1B45007C88A27389932930 2966367595FB5C08 | 02/22/2020 18:23:45 | Tushy | 02/20/2020 | 03/18/2020 | PA0002241623 |