UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
| Plaintiff, | ) Civil Case No. 1:20-cv-01318-LO-TCB |
| v. | ) |
| JOHN DOE, subscriber assigned IP address 72.83.155.92, | ) |
| Defendant. | ) |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND**
**<u>VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT</u>**

**PLEASE TAKE NOTICE,** Plaintiff Strike 3 Holdings, LLC ("Plaintiff") has settled this matter with Defendant John Doe, subscriber assigned IP address 72.83.155.92 ("Defendant"), through Defendant's counsel, Robert Cashman, Esq.  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>.   Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  January 9, 2021　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Dawn M. Sciarrino*
　　　　　　　　　　　　　　　　　　　　　　Dawn M. Sciarrino, Esq.
　　　　　　　　　　　　　　　　　　　　　　Sciarrino & Shubert, PLLC
　　　　　　　　　　　　　　　　　　　　　　330 Franklin Road
　　　　　　　　　　　　　　　　　　　　　　Ste. 135A-133
　　　　　　　　　　　　　　　　　　　　　　Brentwood, TN 37027-3280
　　　　　　　　　　　　　　　　　　　　　　(202) 256-9551 (cell)
　　　　　　　　　　　　　　　　　　　　　　(202) 217-3929 (fax)
　　　　　　　　　　　　　　　　　　　　　　dawn@sciarrinolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

　　　　　　　　　　　　　　　　　　　　By:  */s/ Dawn M. Sciarrino*
　　　　　　　　　　　　　　　　　　　　　　　Dawn M. Sciarrino, Esq.