IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>              *Plaintiff,*<br><br>   v.<br><br>JOHN DOE, *subscriber assigned IP address*<br>*72.83.155.92,*<br><br>            *Defendant.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:20-cv-01318<br>Hon. Liam O'Grady |

## ORDER

This matter comes before the Court on the Plaintiff's Notice of Voluntary Dismissal With Prejudice. Dkt. 9. Plaintiff Strike 3 Holdings, LLC and Defendant John Doe, subscriber assigned IP address 72.83.155.94 have settled the matter between themselves, and Plaintiff has submitted a voluntary notice of dismissal pursuant to that settlement. It is hereby **ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs.

It is **SO ORDERED.**

January 11, 2021
Alexandria, Virginia

_____
Liam O'Grady
United States District Judge